No. 3437.—CARBIA, APLTE., *v.* ORTEGA HNOS. APLDA.—C. D. San Juan, Disto. 1º. Nov. 20, 1924.

No. 3497.—CASTRO, DEMANDANTE, *v.* SOCIETÉ ANONYME DES SUCRERIES DE SAINT JEAN, DEMANDADA, Y GOFFINET ET AL., INTERVENTORES-APDOS.—C. D. San Juan, Disto. 1º. Dic. 9, 1924.

No. 3509.—CORTIJO ET AL., APLTES., *v.* ROSARIO ET AL., APDOS.—C. D. San Juan, Disto. 2º. Dic. 16, 1924.

Nos. 3499 y 3500.—RODRÍGUEZ, APDO., *v.* GREGORY, APLTE. C. D. Mayagüez. Dic. 18, 1924.

No. 3363.—PUERTO RICO LEAF TOBACCO CO., APLDA., *v.* PÉREZ, APLTE.—C. D. San Juan, Disto. 1º. Dic. 23, 1924.

No. 3518.—KÖRBER & CO., APLDA., *v.* LÓPEZ, APLTE.—C. D. San Juan, Disto. 1º. Enero 13, 1925.

No. 3527. — NATIONAL CITY BANK, APLDO., *v.* VÁZQUEZ ET AL., APLTES.—C. D. San Juan, Disto. 2º. Enero 13, 1925.

No. 3529.—RODRÍGUEZ, APLTE., *v.* KESSINGER, APLDO. — C. D. San Juan, Distrito 1º. Enero 13, 1925.

No. 3519.—SANTOS, APLTE., *v.* KÖRBER & CO. ET AL., APLDOS. —C. D. San Juan, Distrito 1º. Enero 13, 1925.

No. 3452.—MÁRQUEZ ABRAMS, APLDO., *v.* LLORENS TORRES, APLTES.—C. D. San Juan, Disto. 1º. Enero 20, 1925.

No. 3541.—EL PUEBLO, APDO., *v.* MATTA, APLTE.—C. D. Humacao. Enero 29, 1925.

No. 3557.—GONZÁLEZ, APLDA., *v.* LÓPEZ SALAS, APLTE.—C. D. San Juan, Disto. 1º. Feb. 17, 1925.

En los siguientes casos al llamarse el recurso para la vista fué desestimado por no haber el apelante presentado su alegato:

No. 2939.—ROBLES, APLTE., *v.* TORRES ET AL., APDOS. — C. D. San Juan, Sección Primera. Otorgamiento de escritura. Abril 14, 1924.

No. 3102.—CASALS, APLTE., *v.* ROSARIO, APDA.—C. D. San Juan, Disto. 2º. Desahucio. Abril 14, 1924.

No. 3308. — FIGUEROA, APDO., *v.* NIAGARA FIRE INSURANCE CO., APLTE.—C. D. Ponce. Cobro de póliza. Abril 9, 1924.

No. 3169. — CRÉDITO Y AHORRO PONCEÑO, APDA., *v.* CARIB-